THE PEOPLE'S LAW FIRM, PLC
Stephen D. Benedetto (Ariz. Bar No. 022349)
645 North 4th Avenue, Suite A
Phoenix, Arizona 85003
Telephone: (602) 456-1901
Facsimile: (602) 801-2834
benedetto@the-plf.com

*Firm email for docketing purposes:*
admin@the-plf.com

*Attorneys for Plaintiff Michael Kenyon*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Kenyon,<br><br>         Plaintiff,<br><br>v.<br><br>City of Phoenix, an Arizona municipal corporation; Officer Rowan Clarke, in his individual capacity; Officer Ira Salinas-Jerry, in his individual capacity; Officer Adelbert Caraig, in his individual capacity; Officer Eric Jusseume, in his individual capacity,<br><br>         Defendants. | Case No. 2:25-cv-02345-SPL<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Rule 38(b), Fed. R. Civ. P, Plaintiff hereby demands a trial by jury.

DATED this 7th day of July, 2025.

                                                THE PEOPLE'S LAW FIRM, PLC
                                                645 North 4th Avenue, Suite A
                                                Phoenix, AZ  85003

                                                By: /s/ Stephen D. Benedetto
                                                     Stephen Benedetto

                                                *Attorneys for Plaintiff Michael Kenyon*