Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Phoenix and Jusseaume*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Kenyon,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, an Arizona municipal corporation; Officer Rowan Clarke, in his individual capacity; Officer Ira Salinas-Jerry, in his individual capacity; Officer Adelbert Caraig, in his individual capacity; Officer Eric Jusseaume, in his individual capacity,<br><br>　　　　　Defendants. | NO. 2:25-cv-02345-SPL<br><br>**DEFENDANTS' NOTICE OF APPEARANCE** |

Defendants City of Phoenix and Jusseaume give notice that Kathleen L. Wieneke and Christina Retts of Wieneke Law Group, PLC are appearing on their behalf in this matter. Defendants request that the parties and the Court serve all notices and pleadings on the undersigned.

DATED this 6th day of October 2025.

　　　　　　　　　　　　　　　WIENEKE LAW GROUP, PLC

　　　　　　　　　　By:　*/s/ Christina Retts*
　　　　　　　　　　　　Kathleen L. Wieneke
　　　　　　　　　　　　Christina Retts
　　　　　　　　　　　　1225 West Washington Street, Suite 313
　　　　　　　　　　　　Tempe, Arizona 85288
　　　　　　　　　　　　*Attorneys for Defendants City of Phoenix and Jusseaume*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephen D. Benedetto
THE PEOPLE'S LAW FIRM, PLC
645 North 4th A venue, Suite A
Phoenix, Arizona 85003
*Attorney for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By:   */s/ Mica Mahler*