Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Phoenix, Clarke, Salinas-Jerry, Caraig, and Jusseaume*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Kenyon,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, an Arizona municipal corporation; Officer Rowan Clarke, in his individual capacity; Officer Ira Salinas-Jerry, in his individual capacity; Officer Adelbert Caraig, in his individual capacity; Officer Eric Jusseume, in his individual capacity,<br><br>Defendants. | NO. 2:25-cv-02345-SPL<br><br>**DEFENDANT'S NOTICE OF SERVICE OF DISCOVERY** |

NOTICE IS HEREBY GIVEN that Defendant City of Phoenix has served the discovery listed below on this date, via electronic mail, to all counsel of record.

1. Defendant City of Phoenix's Response to Plaintiff's First Set of Requests for Production.

2. Defendant City of Phoenix's Response to Plaintiff's First Set of Interrogatories.

///

///

///

DATED this 21st day of August, 2026.

WIENEKE LAW GROUP, PLC

By: */s/ Christina Retts*
Kathleen L. Wieneke
Christina Retts
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants City of Phoenix, Clarke, Salinas-Jerry, Caraig, and Jusseaume*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephen D. Benedetto
THE PEOPLE'S LAW FIRM, PLC
645 North 4th A venue, Suite A
Phoenix, Arizona 85003

Justin J Hawal, *Pro Hac Vice*
Joseph Frate, *Pro Hac Vice*
Robert F. DiCello, *Pro Hac Vice*
Jordyn A Parks, *Pro Hac Vice*
DICELLO LEVITT
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060

*Attorneys for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By: /s/ Lauren Rasmussen